

1  BRANDYE N. FOREMAN
   CA NO. 277110
2  BARRETT DAFFIN FRAPPIER
   TREDER & WEISS, LLP
3  20955 PATHFINDER ROAD
   SUITE 300
4  DIAMOND BAR, CA 91765
5  PHONE: (626) 915-5714
   FAX: (972) 661-7726
6  FILE NO. 00000007019896
7  E-MAIL: NDCAECF@BDFGROUP.COM

The following constitutes
the order of the court. Signed October 31, 2017

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

8  Attorney for Movant
   WELLS FARGO BANK, N.A.
9

10            UNITED STATES BANKRUPTCY COURT
11     NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

12 | In re:                          | CASE NO.:   17-52034-SLJ-13
   | RICHARD GLEN CLEMENT            | CHAPTER:    13
13 | *dba* RGC Builders              | R.S. NO.:   EAT-1840
14 |
15 |                                 | ADEQUATE PROTECTION ORDER
16 |        Debtor.
17 |                                 | DATE:  October 17, 2017
   |                                 | TIME:  10:30 a.m.
18 |                                 | PLACE: U.S. Bankruptcy Court
19 |                                 |        Courtroom 3099
   |                                 |        280 S. First Street
20 |                                 |        San Jose, CA 95113-3099
21

22     The motion of secured Creditor, WELLS FARGO BANK, N.A. ("Secured Creditor or
23 Movant") for relief from the automatic stay with respect to that certain real property commonly known
24 as **3894 WILLOWPARK DR., SAN JOSE, CA 95118-1665 (the "Property")** came on regularly for
25 hearing by the Court on the date and at the time and place set forth above, the Honorable STEPHEN L.
26 JOHNSON, United States Bankruptcy Judge presiding. All other appearances were as noted on the
27 record. For the reasons set forth on the record and in the minutes of the proceedings, it is ORDERED
28

that the automatic stay shall remain in effect subject to the following payment terms and conditions:

1. Until Movant makes a decision in writing on the Debtor's loan modification application, Debtor shall remain current and shall pay the regular post-petition monthly mortgage payments commencing on November 15, 2017 and each month thereafter. Payments are due on the 15th and late on the 1st of the following month. The current monthly payment is **$3,039.53** but is subject to change pursuant to the terms of the promissory note or loan modification agreement.

2. Funds should be sent and made payable to: **Wells Fargo Home Mortgage, PO Box 14507, Des Moines, IA 50306.** The Debtor's loan number should be notated on each payment.

3. If any payment is not timely received, Movant shall serve written notice upon the Debtor and Debtor's attorney (by facsimile), allowing the Debtor ten (10) calendar days from the date of service to cure the default. If Movant does not receive the amount in default before the expiration of said ten-day period, Movant may submit a declaration re: breach of condition and a final relief order, which may be granted without further notice or hearing.

4. Debtor shall submit to Movant a loan modification package by November 15, 2017, with a 15 day grace period. If the loan modification package is not received by the end of the grace period, Movant may submit a final relief order, which may be granted without further notice or hearing.

5. If Debtor's loan modification application is denied, Movant may restore its Motion for Relief from the Automatic Stay to the court's calendar after ten (10) day written notice to all appropriate parties.

6. The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and movant may proceed to enforce its remedies under applicable non-bankruptcy law.

***END OF ORDER***

**COURT SERVICE LIST**

Intentionally left blank